## 25549. BRACKETT v. FIRST NATIONAL BANK OF ATLANTA et al.

ALMAND, Chief Justice. Rules 14 and 20 of the Supreme Court of Georgia, taken together, require that the enumeration of errors be filed within 10 days of the docketing of the case in this court. Since the appellant in this case has failed to meet this requirement, the appeal is deemed abandoned, and appellee's motion to dismiss is granted.

*Appeal dismissed. Grice, Nichols, Undercofler, Frankum and Felton, JJ., and Judge Chas. C. Pittard, concur. Mobley, P. J., disqualified.*

ARGUED DECEMBER 9, 1969—DECIDED JANUARY 8, 1970.

*Scott Walters, Jr.,* for appellant.

*H. Boyce Connell, Jr., Hansell, Post, Brandon & Dorsey, Northcutt, Edwards, Doss & Germano, Don E. Germano,* for appellees.